UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                                              :   11 CIV 6668

ERIKA BROWN,

                                                              :   **RULE 7.1 STATEMENT OF**
                       Plaintiff,           **DEFENDANT FROST & SULLIVAN**

        - against -

FROST & SULLIVAN and
ART ROBBINS,

                     Defendants.

------------------------------- x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record certify that Defendant Frost & Sullivan (a nongovernmental corporate party) has no parent corporations, and that no publicly held corporations own 10% or more of its stock.

                                                    PATTERSON BELKNAP WEBB & TYLER LLP

                                                    _____
                                                    Lisa E. Cleary
                                                    Catherine A. Williams
                                                    Attorneys for Defendant Frost & Sullivan
                                                    1133 Avenue of the Americas
                                                    New York, New York 10036
                                                    (212) 336-2000

Dated: New York, New York
       December 16, 2011