```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ERIKA BROWN,

                    Plaintiff,

          - against -

FROST & SULLIVAN and ART ROBBINS,

                    Defendants.
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2012

O R D E R

11 Civ. 6668 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         February 27, 2012

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE